**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) CR 06-1733-TUC-DCB (GEE) ) ) ORDER |
| vs. | ) ) |
| Ismael Villegas, | ) ) |
| Defendant(s). | ) ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and Report and Recommendation on the Defendant's mental competence to proceed to trial, after medical evaluation.

Magistrate Judge Edmonds conducted a hearing on January 24, 2008, and issued her Report and Recommendation on February 11, 2008 .  A copy was sent to all parties.  No objections to the Magistrate Judge's Report and Recommendation have been filed.  Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

/ / /

/ / /

IT IS ORDERED that Magistrate Judge Edmond's Report and Recommendation (Doc.No. 31) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that a status hearing is set for March 3, 2008 at 10:30 a.m. and trial is set for April 1, 2008.

DATED this 29th day of February, 2008.

David C. Bury
United States District Judge